# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ahmad Jebril, | No. CIV 10-02-TUC-FRZ (JCG) |
| Petitioner, | **ORDER** |
| vs. | |
| Conrad M. Graber, | |
| Respondent. | |

Before the Court for consideration in this matter is the Report and Recommendation of the United States Magistrate Judge, recommending that the Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody be denied.

Petitioner Ahmad Jebril, currently confined in the Federal Correctional Institution-Terre Haute, Indiana, filed the present Petition challenging the loss of good-time credits as a result of sanctions imposed following prison disciplinary proceedings.

Upon screening, the Court ordered Respondent to file a response to the Petition. Respondent filed an Answer to the Petition for Writ of Habeas Corpus. Petitioner did not file a reply.

This matter was referred to Magistrate Judge Jennifer C. Guerin pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Magistrate Judge Guerin issued her Report and Recommendation on May 3, 2010, recommending that the Court enter an order denying the Petition for Writ of Habeas Corpus.

1    Petitioner, who is serving a 70-month sentence from the Eastern District of Michigan
2 for fraud, tax and weapons related charge, alleged that he was denied due process during his
3 disciplinary proceeding, resulting in the imposition of sanctions which included the loss of
4 Good Conduct Time credits. The Report and Recommendation includes a thorough review
5 of the counts alleged and the disciplinary history at issue.

6    On May 20, 2010, Petitioner filed a "Response to Magistrate's Report and
7 Recommendation," objecting to the findings of Magistrate Judge Guerin set forth in the
8 Report and Recommendation.  Petitioner also filed a "Motion to Strike Out Respondent's
9 Answer to my §2241 Petition," "Motion for Appointment of Counsel" and "Motion to
10 Recuse Magistrate Guerin and that her Report and Recommendation be Struck."

11    Petitioner's "Motion to Request that the Court Stop Hindering and Stalling My Case"
12 shall be treated as a request for ruling.

13    The Court finds, after careful consideration of the matters presented and an
14 independent review of the record herein, including Petitioner's objections to the Report and
15 Recommendation set forth in his response, that the Petition should be denied.

16    Based on the foregoing,

17    IT IS ORDERED that Magistrate Judge Guerin's Report and Recommendation [Doc.
18 8] is hereby ACCEPTED AND ADOPTED as the findings of fact and conclusions of law
19 by this Court;

20    IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is DENIED;
21    IT IS FURTHER ORDERED that judgment be entered accordingly;
22    IT IS FURTHER ORDERED that all other pending matters are denied as moot.

23
24    DATED this 24th day of March, 2011.
25
26                                             _____
                                               Frank R. Zapata
27                                             Senior United States District Judge
28

- 2 -